UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAW OFFICE OF COURTNEY L HAAS LLC, *individually and on behalf of J.T., parent of C.L.*,

      Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

      Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/10/2023
```

23-CV-2024 (JMF) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

      The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, non-dispositive pretrial motions, and settlement, and for report and recommendation on dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). All pretrial motions and applications, including those related to scheduling, must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses. Parties and counsel are cautioned:

      1.    Requests to adjourn a court conference or other court proceeding (including a telephonic court conference) or to extend a deadline must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

      2.    In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains voluminous attachments. Courtesy copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

3.     The Court will hold a telephonic initial case management and scheduling conference on **May 2, 2023, at 11:00 a.m.** The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time. Lead counsel are required to attend. The parties should be prepared to discuss both the schedule for, and the substance of, the summary judgment (or other dispositive) motion(s) contemplated by the parties.

4.     In advance of the conference, and no later than **April 25, 2023**, the parties shall file a joint letter, not to exceed two pages, advising the Court how far apart they are in their fee negotiations; whether they are still negotiating; whether they anticipate motion practice; and, if so, what schedule they propose for the motion(s). For avoidance of doubt: this letter replaces the letter described in the District Judge's order dated March 10, 2023. (Dkt. 5.)

5.     Counsel for plaintiff must promptly serve a copy this Order on defendant, and file proof of such service on the docket.

Dated: New York, New York        SO ORDERED.
       March 10, 2023

_____
**BARBARA MOSES**
**United States Magistrate Judge**