UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LAW OFFICE OF COURTNEY L HAAS LLC et al., :
:
               Plaintiffs, :
:    23-CV-2024 (JMF)
      -v- :
:         ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
              Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated March 10, 2023, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 5.  If both parties consent, they were required to file on the docket a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge form within two weeks of the date of that Order. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **two weeks from the date on which Defendant enters an appearance**.

      SO ORDERED.

Dated: March 27, 2023
       New York, New York
                                                    JESSE M. FURMAN
                                         United States District Judge