UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.T., *individually and on behalf of C.L.*,

        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/10/2023
```

23-CV-2024 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's Amended Complaint. (Dkt. 19.) Plaintiff shall promptly serve the Amended Complaint and an appropriate summons on the New York City Department of Education.

    The Clerk of Court is respectfully directed to substitute J.L., individually and on behalf of C.L., in place of The Law Office of Courtney L Hass LLC in the caption of this action.

Dated: New York, New York
       May 10, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**