UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
J.T., *individually and on behalf of C.L.*,      :
:
                      Plaintiff,    :
:      23-CV-2024 (JMF)
      -v-       :
:      <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF     :
EDUCATION,       :
:
                      Defendant.   :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 27, 2023 Order, ECF No. 10, the parties were required to file a fully executed Notice, Consent, and Reference to a Civil Action to a Magistrate Judge *or* a joint letter advising the Court that the parties do not consent to conducting all further proceedings before the assigned Magistrate Judge, by two weeks from the date on which Defendant entered an appearance. To date, the parties have not satisfied their obligations. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 29, 2023**.

      SO ORDERED.

Dated: September 22, 2023
       New York, New York
                                        JESSE M. FURMAN
                                        United States District Judge