UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

J.T., *individually and on behalf of C.L.*,

                Plaintiff,

    -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

------------------------------------------------------------------X

23-CV-2024 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's September 7, 2023 Order, ECF No. 28, the parties were required to file a joint letter regarding their efforts at settlement by October 12, 2023. To date, the parties have not filed the letter, adding to a substantial list of missed deadlines in this case. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 18, 2023**. Further failures to heed the Court's deadlines and Orders will result in sanctions.

      SO ORDERED.

Dated: October 16, 2023
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge